UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-3024-JEB |
| ) | |
| U.S. DEPARTMENT OF THE TREASURY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: May 27, 2020                                    Respectfully submitted,

 /s/ *Matthew Topic*                                   MICHAEL R. SHERWIN
MATTHEW TOPIC                                          Acting United States Attorney
Loevy & Loevy                                              for the District of Columbia, N.Y.  Bar #4444188
311 N. Aberdeen Street
Third Floor                                            DANIEL F. VAN HORN, D.C. Bar #924092
Chicago, IL 60607                                      Chief, Civil Division
(312) 243-5900
Fax: (312) 243-5902                                     /s/ *Alan Burch*
matt@loevy.com                                         ALAN BURCH, D.C. Bar #470655
                                                       Assistant United States Attorney
*Counsel for Plaintiff*                                United States Attorney's Office, Civil Division
                                                       555 Fourth St., NW
                                                       Washington, DC 20530
                                                       (202) 252-2550, alan.burch@usdoj.gov

                                                       *Counsel for Defendant*